[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 09-16253
Non-Argument Panel
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JUNE 23, 2010
JOHN LEY
CLERK

D.C. Docket No.09-00439-CV-TWT-1

AYANNA ROBINSON,
ELLIOTT ROBINSON,

Plaintiffs-Appellants,

versus

AIRTRAN AIRWAYS, INC.,
RAYMOND  LEWIS,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____
(June 23, 2010)

Before BARKETT, HULL and HILL, Circuit Judges.

PER CURIAM:

Appellants Ayanna Robinson (Mrs. Robinson) and Elliott Robinson (collectively, the Robinsons) filed a personal injury action against AirTran Airways, Inc. (AirTran) and Raymond Lewis (Lewis), after Mrs. Robinson was groped by Lewis, a fellow drunken passenger, on an AirTran flight November 3, 2007, from Atlanta, Georgia, to Richmond, Virginia. In their complaint, the Robinsons allege: (1) negligent hiring, training and supervising of AirTran employees; (2) negligence on behalf of AirTran's employees; (3) breach of a common carrier's heightened duty of care; (4) loss of consortium; (5) willful misconduct, malice, fraud, wantonness, oppression, and want of care sufficient to support punitive damages; and, (6) bad faith conduct entitling the Robinsons to attorneys' fees. AirTran filed a motion for summary judgment that was granted by the district court.

We have reviewed the extensive record in this case, the briefs, the arguments of counsel presented, and the opinion of the district court. Finding no error, we affirm the judgment of the district court.[1]

AFFIRMED.

---

[1] As stated, the judgment is affirmed. We offer no opinion on the gratuitous unburdening by the district judge of his views on present day air travel.